FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE A. KOERNER,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC CHARITEIS OF THE DIOCESE OF YAKIMA and CATHOLIC FAMILY AND CHILD SERVICES,<br><br>Defendants. | No. 4:17-CV-5064-JTR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

**BEFORE THE COURT** is the parties' stipulated request for the dismissal, with prejudice, of Plaintiff's Complaint against Defendants Catholic Charities of the Diocese of Yakima and Catholic Family and Child Services. ECF No. 35. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The Stipulation and Motion to Dismiss, **ECF No. 35**, is **GRANTED**.
2. Plaintiff's Complaint as against Defendants Catholic Charities of the Diocese of Yakima and Catholic Family and Child Services is **DISMISSED with prejudice**.
3. The parties shall bear their own fees and costs.

ORDER . . . - 1

1     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2 Order, provide copies to counsel and **CLOSE THE FILE**.
3     DATED June 20, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2